IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TONY ESTLE GILLASPY,              )<br>                                   )<br>     Plaintiff,                   )<br>                                   )<br>     v.                           )<br>                                   )<br>WELLS FARGO BANK, N.A., as       )<br>Trustee for Park Place           )<br>Securities, Inc.                 )<br>Asset-Backed Pass-Through        )<br>Certificates, Series             )<br>2005-WCW2, and SELECT            )<br>PORTFOLIO SERVICING, INC.,       )<br>                                   )<br>     Defendants.                  ) | CIVIL ACTION NO.<br>2:22cv193-MHT<br>(WO) |

**ORDER**

It is ORDERED that the joint motion to substitute party (Doc. 7) is granted, and plaintiff Wells Fargo Bank, N.A., as Trustee for Park Place Securities, Inc. Asset-Backed Pass-Through Certificates, Series 2005-WCW2 is substituted for Wells Fargo Bank, N.A.

DONE, this the 5th day of May, 2022.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**