IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| TONY ESTLE GILLASPY, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> WELLS FARGO BANK, N.A., as ) <br> Trustee for Park Place ) <br> Securities, Inc. ) <br> Asset-Backed Pass-Through ) <br> Certificates, Series ) <br> 2005-WCW2, and SELECT ) <br> PORTFOLIO SERVICING, INC., ) <br> ) <br>    Defendants. ) | CIVIL ACTION NO. <br> 2:22cv193-MHT <br> (WO) |

ORDER

It is ORDERED that the joint motion to dismiss Wells Fargo Bank, N.A. (Doc. 9) is denied as unnecessary, as former plaintiff Wells Fargo Bank, N.A., is no longer a party to the case.

DONE, this the 9th day of May, 2022.

                                     /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE